IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES PAUL KADOUSEK,

        Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

ORDER

19-cv-329-wmc

Pursuant to a stipulation for remand (dkt. #11) filed by the parties on November 22, 2019, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 22nd day of November, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge